IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ELLEN KLEINER AND YURY KLEINER, <br>    Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br>    Defendants. | CIVIL ACTION <br><br> NO. 21-3366 |
|---|---|

## ORDER

**AND NOW**, this 6th day of August 2021, upon consideration of Plaintiffs' Motion for Remand (ECF 29), Defendants' Opposition to the Motion to Remand (ECF 31), Defendants' Motion to Stay (ECF 27), and a hearing held August 5, 2021 (ECF 36), and for the reasons given in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Remand is **GRANTED**;

2. Defendants' Motion to Stay is **DENIED** as moot; and

3. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.

                                            **BY THE COURT:**

                                            **/s/ MICHAEL M. BAYLSON**

                                            **MICHAEL M. BAYLSON, U.S.D.J.**